UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ABDUL G. BURIDI                                                                                           PLAINTIFF

v.                                                                                                        NO. 3:12-CV-00486-S

BRANCH BANKING AND TRUST
COMPANY                                                                                                  DEFENDANT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the Defendant, Branch Banking and Trust Co. ("BB&T"), to dismiss the Plaintiff's claims under Fed. R. Civ. P. 12(b)(6) (DN 6) is **GRANTED IN PART AND DENIED IN PART**.

(1) BB&T's motion to dismiss is **GRANTED** with regard to the Plaintiff's claims for fraud by affirmative representation; fraud by omission; negligent representation; and the tort cause of action for breach of the implied covenant of good faith and fair dealing.

(2) BB&T's motion to dismiss the Plaintiff's contractual cause of action for breach of the implied covenant of good faith and fair dealing is **DENIED.**

**IT IS SO ORDERED.**

March 22, 2013

Charles R. Simpson III, Senior Judge
United States District Court